**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2450**

WELLS FARGO BANK  N.A., Successor to Wachovia Bank N. A.,
formerly known as First Union National Bank,

　　　　　Plaintiff - Appellee,

　　　v.

EDDIE D. HUNT; TERESA HUNT, a/k/a Teresa T. Hunt,

　　　　　Defendants – Appellants,

　　　and

UNITED STATES OF AMERICA, acting by and through its agency
Internal  Revenue  Service;  MCM  ASSOCIATES,  INC.,  d/b/a
ServPro of Southeast Greenville,

　　　　　Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.　Mary G. Lewis, District Judge.
(6:13-cv-01333-MGL)

Submitted:　March 27, 2014　　　　　Decided:　March 31, 2014

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eddie D. Hunt, Teresa Hunt, Appellants Pro Se.　James Y. Becker,
Emily H. Farr, HAYNSWORTH, SINKLER & BOYD, PA, Columbia, South

Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie D. Hunt and Teresa Hunt appeal the district court's order remanding the underlying action to South Carolina state court. We dismiss the appeal for lack of jurisdiction.

Subject to exceptions not applicable here, "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C.A. § 1447(d) (West Supp. 2013); see E.D. ex rel. Darcy v. Pfizer, Inc., 722 F.3d 574, 581–83 (4th Cir. 2013). Because the district court's order does not fall within any of the exceptions provided by § 1447, the order is not appealable.

We therefore dismiss the Hunts' appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument will not aid the decisional process.

DISMISSED